UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN MOORE,

    Plaintiff,

v.                                                          Case No. 8:05-cv-701-T-23MSS

FLORIDA DEPARTMENT OF CORRECTIONS,

    Defendant.

_____/

## **O R D E R**

This court is not the appropriate venue for adjudicating Kevin Moore's civil rights complaint. The appropriate venue for this action is in the district and division in which Moore's claims arose. Moore challenges his confinement classification at the Avon Park Correctional Institution in Highlands County, Florida, which is within the jurisdiction of the Ft. Pierce Division of the Southern District of Florida. Therefore, pursuant to 28 U.S.C. §§ 89 and 1391(b), this case is transferred to the Ft. Pierce Division of the Southern District of Florida for all further proceedings. The clerk shall immediately forward the file to that Division and **CLOSE** this action.

ORDERED in Tampa, Florida, on April 20, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

SA/ro